UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WESTON GARRETT MILLER,<br><br>              Petitioner,<br><br>v.<br><br>JAMES KEY,<br><br>              Respondent. | CASE NO. C18-5700 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's petition for habeas corpus, Dkt. 7, is **DENIED**;

    (3)    A certificate of appealability is **DENIED**; and

    (4)    The Clerk shall enter **JUDGMENT** and close the case.

Dated this 17th day of June, 2019.

                                              BENJAMIN H. SETTLE
                                              United States District Judge